No. 182. GREYLOCK MILLS v. LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sanford Robinson* for petitioner. *Solicitor General Hughes,* and *Messrs. Sewall Key* and *Millar E. McGilchrist* for respondent.

No. 185. TRACY WALDRON FRUIT CO. v. SOUTHERN PACIFIC CO. October 21, 1929. Petition for writ of certiorari to the District Court of Appeals, First Appellate District, State of California, denied. *Mr. R. F. Gaines* for petitioner. *Mr. Henley C. Booth* for respondent.

No. 186. PAINLESS PARKER DENTIST v. COLORADO. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Mr. J. S. Breitenstein* for petitioner. *Mr. Charles H. Haines* for respondent.

No. 187. JUDICE CO., INC., ET AL. v. VILLAGE OF SCOTT. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Harry McCall* for petitioners. No appearance for respondent.

No. 189. McMULLEN v. LEWIS ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Henry Simms* and *Wm. Bullitt Dixon* for petitioner. *Messrs. George E. Price* and *Robert S. Spillman* for respondents.